JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ARTUR ISHKHANYAN,
Petitioner,
v.
PAM BONDI, et al.,
Respondents.

No. 5:26-cv-04118-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: August 3, 2026

/s/

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE